# Exhibit A, Page 2

*Opus East, LLC*

| No. | Name | Invoice Number | Invoice Date | Invoice Amount | Supplier Number | Payment Number | Check Date | Clear Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Zephyr Aluminum LLC | APP03-1046700 | 12/25/2008 | $78,000.00 | 1010822 | 10423 | 4/3/2009 | 4/9/2009 | Rows 1-3 sum to the total transfer amount of **$343,980.00** |
| 2 | Zephyr Aluminum LLC | APP05-1046700 | 1/25/2009 | $227,250.00 | 1010822 | 10423 | 4/3/2009 | 4/9/2009 | |
| 3 | Zephyr Aluminum LLC | APP04-1046700 | 1/25/2009 | $46,530.00 | 1010822 | 10423 | 4/3/2009 | 4/9/2009 | |
| 4 | Zephyr Aluminum LLC | APP03-1022600 | 1/25/2009 | $4,662.90 | 1010822 | 10446 | 4/3/2009 | 4/17/2009 | $4,279.80 |
| 5 | Zephyr Aluminum LLC | APP07-1046700 | 4/25/2009 | $259,675.00 | 1010822 | 10953 | 6/19/2009 | 6/24/2009 | $233,707.50 |
| 6 | Zephyr Aluminum LLC | APP06-1046700 | 3/25/2009 | $489,000.00 | 1010822 | 10974 | 6/19/2009 | 6/24/2009 | $440,100.00 |
| | | | | | | | | | **$1,022,067.30** |